An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID P. WOODS; AND KAREN L. WOODS,

        Appellants,

vs.

BANK OF AMERICA, N.A.; BRIAN MOYNIHAN, CEO; AND TRUSTEE PRLAP, INC.,

        Respondents.

No. 68260

**FILED**

AUG 1 7 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from an order granting a motion to dismiss. Second Judicial District Court, Washoe County; Elliott A. Sattler, Judge. Appellants are proceeding in pro se pursuant to this court's pilot program for civil litigants proceeding without counsel.

Our review of the documents transmitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. It appears that the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties, and the district court did not certify its order as final pursuant to NRCP 54(b). *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). The following claims or parties appear to remain below: appellants' claims against defendant Robert H. Hosch have not

SUPREME COURT
OF
NEVADA

(O) 1947A

15-24721

been resolved.   Accordingly we conclude we lack jurisdiction over this appeal and we

      ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Elliott A. Sattler, District Judge
       David P. Woods
       Karen L. Woods
       Akerman LLP/Las Vegas
       Washoe District Court Clerk